UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION OF CHATTANOOGA

| | |
|---|---|
| Stephen Cahill, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Memorial Heart Institute, LLC, d/b/a The Chattanooga Heart Institute,<br><br>Defendant | Case No. 1:23-cv-00168-CLC-CHS |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASSES, APPROVAL OF NOTICE PROGRAM AND SCHEDULING OF A FINAL APPROVAL HEARING

Plaintiffs Stephen Cahill, Sheila Edwards, Sidney Jackson, Gisele Reed Allen, Jeff Bryden, and Elyn Painter ("Plaintiffs"), individually and on behalf of the proposed Settlement Class, respectfully move the Court for order granting preliminary approval of the Settlement[1], certifying the Class pursuant to Federal Rule of Civil Procedure 23, directing the Settlement Administrator (Kroll Settlement Administration, LLC) to provide notice to the Class under the terms of the Settlement Agreement, appointing Plaintiffs as Class Representatives for the purpose of the Settlement, and setting an appropriate date for the Court to hold a Final Approval Hearing. In support, Plaintiff submits this motion and her contemporaneous filed memorandum, Counsel's declaration, and the Settlement Agreement along with its Exhibits.

---

[1] The Parties made minor edits to the Settlement Agreement on December 18, 2025 and will provide Defendant's executed Settlement Agreement within seven days.

1

WHEREFORE, Plaintiffs respectfully requests the Court enter an order granting preliminary approval of the Settlement, certifying the Class pursuant to Federal Rule of Civil Procedure 23 for the sole purpose of settlement, directing the Settlement Administrator to provide notice to the Class under the terms of the Settlement Agreement, appointing April Lewis as Class Representative for the purpose of the Settlement, and setting an appropriate date for the Court to hold a Final Approval Hearing.

Dated: December 22, 2025

Respectfully Submitted,

By: */s/ Bryan L. Bleichner*
Bryan L. Bleichner (admitted *pro hac vice*)
Christopher P. Renz (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Ste 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*crenz@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Danielle L. Perry (admitted *pro hac vice*)
Gary E. Mason (admitted *pro hac vice*)
Lisa A. White (TN BPR # 026658)
**MASON LLP**
5335 Wisconsin Ave NW, Ste 640
Washington, DC 20015
Telephone: (202) 429-2290
*dperry@masonllp.com*
*gmason@masonllp.com*
*lwhite@masonllp.com*

*Class Counsel for Plaintiffs and Putative Settlement Class Members*